# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 6, 2022

## NO. 03-21-00081-CV

**Michael Joseph Castillo and Orlando Castillo, Appellants**

**v.**

**Melissa Castillo-Wall, Appellee**

### APPEAL FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
### BEFORE JUSTICES GOODWIN, SMITH, AND JONES
### AFFIRMED -- OPINION BY JUSTICE JONES

This is an appeal from the order admitting the will to probate as a muniment of title, signed by the trial court on February 2, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.